UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
UNITED STATES OF AMERICA,            )
                                                     )
                           Plaintiff,  )   Case No. MC17-0065RSL
      v.                                          )
                                                   )   ORDER TO ISSUE WRIT OF
LUANN RENFROW,                    )   CONTINUING GARNISHMENT
                                                   )   AND NOTICE TO DEFENDANT/
           Defendant/Judgment Debtor,  )   JUDGMENT DEBTOR
                                                 )
      v.                                           )
                                                 )
GREENWAY-SOUTHLAKE OFFICE  )
PARTNERS L.P.,                      )
                                                 )
                          Garnishee.  )
_____)

       This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Luann Renfrow, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Greenway-Southlake Office Partners L.P. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on July 5, 2017. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT

1     Dated this 7th day of July, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT    -2-